**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, ) | |
|     Plaintiff, ) | CR08-01036-002-PCT-PGR |
| ) | **ORDER** |
| vs. ) | |
| ) | |
| Emmanuel Sylvester Lopez, ) | |
|     Defendant. ) | |

The defendant appeared in court with counsel. The defendant's probable cause hearing was waived and the detention hearing was held by defendant through defense counsel. The Court finds probable cause to believe the defendant violated the terms of his supervised release as set forth in the petition. Defendant is ordered to appear before the District Court as notified by his defense counsel.

IT IS ORDERED that the defendant shall be released from custody on previously ordered supervised release conditions with the addition that he reside with his aunt, Rostita Chatter. Defendant shall remain at his aunt's home at all times with the exception of necessary medical treatment and any other needs which his probationary officer agrees to in advance.

DATED this 4th day of February, 2011.

_____
Mark E. Aspey
United States Magistrate Judge